# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO BRANCH)

| | |
|---|---|
| SUZANNE STONE,<br><br>        Plaintiff,<br><br>       v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY U.S. BEHAVIORAL HEALTH PLAN, CALIFORNIA dba OptumHealth Behavioral Solutions of California,<br><br>        Defendants. | Case No.: 3:17-cv-04832-RS<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE TRIAL |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that the trial in this matter, previously scheduled for November 29, 2018, be continued to February 21, 2019, to give the Court an opportunity to consider the motion for summary judgment and give the parties time to further discuss settlement after the ruling on the motion for summary judgment.

DATED: 10/15/18

BY: *[signature]*
RICHARD S. SEEBORG
United States District Court Judge